AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:25-mj-00247 |
| Devin P. Montgomery | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Devin P. Montgomery,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment　☐ Superseding Indictment　☐ Information　☐ Superseding Information　☑ Complaint
☐ Probation Violation Petition　☐ Supervised Release Violation Petition　☐ Violation Notice　☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - assault of a federal officer while ingaged in the proformance of official duties

Date: 9/5/2025

*Issuing officer's signature* /s/ Stacie F. Beckerman

City and state: Portland, Oregon

Hon. Stacie F. Beckerman
*Printed name and title*

### Return

This warrant was received on *(date)* 09/04/25, and the person was arrested on *(date)* 09/06/25
at *(city and state)* PORTLAND OR.

Date: 09/08/25

*Arresting officer's signature*

Inspector TAPIA
*Printed name and title*